**Exhibit A to the Complaint**

**Location:** Chicago, IL  
**Total Works Infringed:** 28

**IP Address:** 98.34.59.73  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AE7C382B75D0BAF534CD3157FE93304C86AD3EFD<br>File Hash:<br>041B706DE1E3CA0F2581C386CED503F917F6769EEF001AEDA6115DFB1A306A5D | 10-19-2023 02:54:24 | Blacked | 04-05-2019 | 04-29-2019 | PA0002169966 |
| 2 | Info Hash: B47FF48BE3CA89774E4758392B6CF26A62E2F978<br>File Hash:<br>E8199A75A3BF033AF1B4D8E43232338DEC888D160A00C2F19D1A9F955B0D29AD | 10-19-2023 02:53:05 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 3 | Info Hash: 3BB2C2D69CD73FE3B73C1036EC55D80D64C66F12<br>File Hash:<br>6BA3208A637EFB1F6B25CACAC5D579D641B8E4991DDA11938BD640DA20283EC5 | 10-18-2023 23:50:55 | Blacked | 09-09-2023 | 09-18-2023 | PA0002430904 |
| 4 | Info Hash: D82754DD91BBD46F30405123F047CE06BACF1373<br>File Hash:<br>9485F61426A9559BF55980FF3856BC1B9C0F9A0760B3EFAE4089080612EFAB99 | 10-18-2023 23:50:50 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 5 | Info Hash: 48B2A512F9EFB07B4041EDDF93FA17C00E887238<br>File Hash:<br>C452A1462B13E3EB9EEF93BF88FC90221EDDBA32BC7B06F8AF3BAE37ACA642C9 | 10-18-2023 23:50:49 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 6 | Info Hash: 4CE05608F2482065768FA11A64A54FC555CF9DCC<br>File Hash:<br>9CB779221D413F506693801AA5AC40230925ED4C2A8E6D238419A19A17C14F58 | 10-18-2023 23:50:46 | Blacked Raw | 07-31-2019 | 08-22-2019 | PA0002195511 |
| 7 | Info Hash: F1EBA829D3943FA84C89398B830B9760AB7D0437<br>File Hash:<br>1CF8892D0DAF87E12B9C01BAFF7F34E5A1AC7D20C12EF0FD7A868B5E4361C9F2 | 10-18-2023 23:50:44 | Blacked | 10-07-2019 | 10-21-2019 | PA0002207742 |
| 8 | Info Hash: 7243E96AF377B2E073109C88A847F7C49761441F<br>File Hash:<br>BDEF6F05BF54CFEC891F6A9FAF06223D743242ED6E2EB12A0516012C12AAA225 | 10-18-2023 23:50:43 | Blacked | 09-07-2018 | 10-16-2018 | PA0002127772 |
| 9 | Info Hash: 122EE04ED0F749A53D37E8F703D74C0C54A3142A<br>File Hash:<br>7F677EA525C6096D6590E83047176AC241C953C130872B3A49FA2712797ADBAC | 10-18-2023 23:50:41 | Blacked Raw | 08-25-2018 | 10-16-2018 | PA0002127783 |
| 10 | Info Hash: 9E2911B8E0DB6116F929767ECAEDB2B8E59ABE3B<br>File Hash:<br>C6887594D6BB4782DF65AF67A0D9227C86FB098054E59E9CD8FF5C2FA12951E1 | 10-18-2023 23:50:39 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 11 | Info Hash: 737BAEDD2696FD143B73AAF96DC9CE34C0A23A18<br>File Hash:<br>A8DE1F63C2B9E46A34E2F3FBA2D73F1CF4CD997B350708D1E7F7F20A7012C4CF | 10-18-2023 23:50:37 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B0148F124F7911F5AA60F48A1B5CBE0D557210AF<br>File Hash: DC27530A2DC7D14214962B22D75E618759A0FD4D42475597A30F2E96D88E570E | 10-18-2023 23:50:37 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |
| 13 | Info Hash: EED81AF9791D47A8F3F325FC8DC3A44C3DADE2C9<br>File Hash: 5373D979BCDD09BE03E8009CB33455EE9073493568E7CBA80A965C67B5B34EE2 | 10-18-2023 23:50:36 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 14 | Info Hash: C09AE20AF57ECFEA5B9DCA0E24AD3B42D8EF024C<br>File Hash: 5370C5430308806127F943DBBFF09F1EDE55FDDEE805538951E37B67640DC422 | 10-14-2023 04:30:07 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 15 | Info Hash: A26C1685E7AB06774D652D6F613F6675765FD441<br>File Hash: A3E8463D777AD9DFA615CD8F0F0C9EFF9D56E8F13CDB64F46CCAEE7AD3294D75 | 10-13-2023 22:39:40 | Blacked | 08-18-2019 | 09-17-2019 | PA0002216216 |
| 16 | Info Hash: 458D8D72EEF57C15F88A010D6B8872ED4B55708C<br>File Hash: C8643F3B09F4EB4F78D54152D455D0D42EF8B6E46AD09044DAA324389CF994A4 | 10-13-2023 22:37:49 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 17 | Info Hash: 4A8A1BFBA21F681F7BDA277206EC1499E408E60F<br>File Hash: BBCD5C5A7F4144B895B07D4A5BDAC88AE31CB172EFD7314115449815143DF544 | 10-13-2023 22:36:14 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 18 | Info Hash: BB0BE0A17FC0D65E8B30B080869DE189F8B0969E<br>File Hash: 53A23E5155E5A7108EA9168E9DF2782AB610222ADA7508656872DB5CAEA4B55C | 10-13-2023 22:25:31 | Blacked Raw | 07-31-2023 | 08-17-2023 | PA0002425528 |
| 19 | Info Hash: 9E79588759F761D647051E31C6FC6175958AB01B<br>File Hash: 645ED8EDA23BAF087D9200BFE0F594A7CC91B42E31D2E1AD28F3EFDAFF458ED0 | 10-12-2023 21:12:50 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 20 | Info Hash: 7AF1329A2FB18DDCF02052BB0CBB64CA511BE016<br>File Hash: FB9D44E138B781F3637AB54D21150A77AE4194A1E7A805E3293C90C5977C1B26 | 10-12-2023 21:12:24 | Blacked Raw | 09-09-2018 | 10-16-2018 | PA0002127792 |
| 21 | Info Hash: D6BEAD3C7678A7DD87D666433EFD01861DB9E389<br>File Hash: F465267EB44A1AD2ACFF9A64AACE9A6EC2D87B8354F27E210C511CC68CE5DE65 | 10-12-2023 21:03:28 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 22 | Info Hash: 3BC64C2DACE5BB4CD2AB84FDA6937D6BAE7FD522<br>File Hash: A01E3F81F210391BE147664A30C08CE09533E82D2AFAA429D3717030E12CCAEB | 10-12-2023 17:12:11 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 23 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash: C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 01-12-2023 16:14:16 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C36A2A65D76EBD33E347297DF31C862FFCA926D1<br>File Hash: A208EB5B5DE91C02B4407AC7637E08B5DE144E8739E5FDC9D931FE3A200C932F | 01-12-2023 16:12:45 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |
| 25 | Info Hash: A7D933B9C54CC5B64F8E1A3E69B2C21E3A194DDB<br>File Hash: C91594405707E49A89EC95EC20BD55F3C23ED42EA504C969A6A4769FBA22EAA5 | 01-12-2023 16:03:08 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 26 | Info Hash: FE4A2D71F27E8D99EC227F35B0C40EA8D6812A15<br>File Hash: 49FEE0B3A454EE9632DC5FECFC123463AECAA4E404A75D252CC306ABF58E6380 | 11-19-2021 22:14:41 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 27 | Info Hash: 389D871A4205ED73EEEAF75A276D7D9C8EDF97AF<br>File Hash: 75A10645AD2A4D881341E998952C50CBED5328FA6B3CBE55B286AAF0E7345573 | 11-08-2021 23:33:42 | Blacked Raw | 08-10-2020 | 08-18-2020 | PA0002253097 |
| 28 | Info Hash: 137442C3437BD6DC41CD2734C496A75ED42CBEF3<br>File Hash: 7CB21EFA66A5FD97F6882D07B9C0F8A71FB0CB45DF3E9E905177ABB3C7D613A0 | 10-29-2021 00:25:00 | Blacked Raw | 12-08-2018 | 12-18-2018 | PA0002141919 |